

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00004-CV

BOBBY BOYD AND CYNTHIA                          APPELLANTS
BOYD

V.

DEUTSCHE BANK NATIONAL                          APPELLEE
TRUST COMPANY, AS TRUSTEE
OF INDYMAC INDX MORTGAGE
LOAN TRUST 2005-AR18

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' "Motion To Dismiss With Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: March 21, 2013

---

[1]*See* Tex. R. App. P. 47.4.